UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON BENTLEY FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. LEONG, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00985-LJO-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF COMPLAINT FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF No. 9] |

　　　　Plaintiff Damon Bentley Franklin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 25, 2014, the Magistrate Judge screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim for relief. Plaintiff was granted thirty (30) days to file an amended complaint, if he so desired.

　　　　The thirty day time frame has passed and Plaintiff has failed to comply or otherwise respond to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

　　　　Accordingly, it is HEREBY RECOMMENDED that this action is dismissed, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

///

///

1 | This Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30) days** after being served with this Findings and Recommendation, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **April 4, 2014**

UNITED STATES MAGISTRATE JUDGE